

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-11-00464-CV

| | | |
|---|---|---|
| Darrell Lake, Rian Maguire, RCC Medical #1 Genpar, LLC, and Realty Capital Corp. AND Richard Myers and Realty Capital Partners, LLC | § § § | From the 352nd District Court |
| | § | of Tarrant County (352-242125-09) |
| v. | § | October 29, 2015 |
| George F. Cravens, M.D., RCC Medical District Facilities, Ltd., and Center for Neurological Disorders Hospital, LP | § § | Opinion by Justice Meier |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment.

It is ordered that the portions of the trial court's judgment that awarded damages for fraud to Appellee George F. Cravens, M.D. individually are reversed, and we render judgment dismissing those claims for lack of jurisdiction. It is further ordered that the part of the trial court's judgment that awarded Appellee George F. Cravens, M.D. $1,548,000 in damages for promissory

estoppel is reversed, and we render judgment that Appellee George F. Cravens, M.D. take nothing on that claim.

It is further ordered that the portion of the trial court's judgment that denied any recovery to Appellant Rian Maguire on his claim for contractual indemnification from Appellee RCC Medical District Facilities, Ltd. is reversed.

It is further ordered that we remand the remainder of this case to the trial court for further proceedings consistent with this opinion.

It is further ordered that Appellant George F. Cravens shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bill Meier
    Justice Bill Meier